# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Blue Hill Specialty Insurance Company,<br><br>      Plaintiff<br><br>v.<br><br>Clifton Green, et al.,<br><br>      Defendants | Case No. 2:25-cv-02101-CDS-DJA<br><br>**Notice of Intent to Dismiss Under Rule 4(m) of the Federal Rules of Civil Procedure** |

The complaint in this action was filed on October 27, 2025. ECF No. 1. Federal Rule of Civil Procedure 4(m) provides, in part, that:

> If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

Fed. R. Civ. P. 4(m).

To date, there has been no proof of service filed as to defendant Silver Pacific Investments, Inc. d/b/a SPI Logistics.

Notice is hereby given that this action will be dismissed without prejudice as to that defendant unless proof of service is filed by June 30, 2026. Service on the party must have taken place prior to the April 27, 2026 time limit set forth in U.S. Magistrate Judge Daniel J. Albregts's January 27, 2026 minute order (ECF No. 24) or good cause must be shown as to why such service was not made in that period.

Failure to comply with this notice by June 30 will result in dismissal without prejudice as to that defendant and without further notice.

Dated: June 23, 2026

_____
Cristina D. Silva
United States District Judge