JOHN T. KEATING, ESQ.
Nevada Bar No. 6373
KEATING LAW GROUP
9130 W. Russell Road, Suite 200
Las Vegas, Nevada 89148
jkeating@keatinglg.com
(702) 228-6800 phone
(702) 228-0443 facsimile
Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BLUE HILL SPECIALTY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>CLIFTON GREEN, an individual; DOE EMPLOYEE, an Individual; D&S SERVICES, INC., a New Mexico Corporation; SILVER PACIFIC INVESTMENTS, INC., a Foreign Corporation doing business as SPI LOGISTICS; TF LOGISTICAL OPERATIONS, LLC, a Louisiana Limited Liability Company; BLAIZE PRESTON, a Louisiana Resident; DOES I through XXV, and ROE CORPORATIONS I through XXV, inclusive,<br><br>Defendants. | CASE NO.: 2:25-cv-02101-CDS-DJA<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT SILVER PACIFIC INVESTMENTS, INC. DBA SPI LOGISTICS** |

Plaintiff BLUE HILL SPECIALTY INSURANCE COMPANY, by and through its attorneys of record, KEATING LAW GROUP, and pursuant to FRCP 41(a), hereby dismisses its Complaint with prejudice against Defendant, SILVER PACIFIC INVESTMENTS dba SPI LOGISTICS, each party to bear their own attorney's fees and costs.

DATED: June 26, 2026.

KEATING LAW GROUP

*/s/ John T. Keating*
John T. Keating
Nevada Bar No. 6373
9130 W. Russell Road, Suite 200
Las Vegas, NV 89148
Attorneys for Plaintiff

KEATING LAW GROUP
9130 W. RUSSELL RD., SUITE 200
LAS VEGAS, NEVADA 89148

KEATING LAW GROUP
9130 W. RUSSELL RD., SUITE 200
LAS VEGAS, NEVADA 89148

## CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I certify that I am an employee of the KEATING LAW GROUP and that on this 26th day of June, 2026, a true and correct copy of **NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT SILVER PACIFIC INVESTMENTS, INC. DBA SPI LOGISTICS** was served by the U.S. District Court using the CM/ECF system to all parties with an email-address on record as follows:

Daniel E. Carvalho
Charles A. Michalek
CARVALHO & ASSOCIATES
700 S. Third Street
Las Vegas, Nevada 89101
Attorneys for Defendant
*Clifton Green*

*/s/ Amy Ebinger*
Employee of KEATING LAW GROUP