Robert K. Sparks, Esq.
Nevada Bar No. 4557
Rusty Graf, Esq.
Nevada Bar No. 6322
BLACK & GRAF
10777 W. Twain Ave., Suite 300
Las Vegas, NV 89135
p: (702) 869-8801
f: (702)869-2669
rsparks@blackgraf.law
rgraf@blackgraf.law

Heather Cross
LA Bar No. 26249
THE CROSS LAW FIRM
6663 Jefferson Highway
Baton Rouge, LA
hcross@lawacrossla.com
*Attorney for Defendants*
*Blaize Preston and*
*TF Logistical Operations, LLC*

**BLACK & GRAF**
110777 WEST TWAIN AVENUE · SUITE 300 · LAS VEGAS, NEVADA 89135
702-869-8801 · FAX 702-869-2669

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

BLUE HILL SPECIALTY INSURANCE COMPANY,

Plaintiff,

v.

CLIFTON GREEN, BLAIZE PRESTON, et al

Defendants.

Case No. 2:25-cv-02101-CDS-DJA

**DEFENDANTS TF LOGISTICAL OPERATIONS, LLC AND BLAIZE PRESTION'S ANSWER TO COMPLAINT FOR DELCARATORY RELIEF**

**COME NOW,** Defendants, TF LOGISTICAL OPERATIONS, LLC, a Louisiana limited liability company ("TF Logistical") and BLAIZE ESTON, an individual ("Preston") (TF Logistical and Preston hereafter sometimes collectively referred to as "Defendants" or "Respondents"), by and through their undersigned counsel, and hereby submit the following ANSWER TO COMPLAINT FOR DECLARATORY RELIEF, as follows:

BLACK & GRAF
110777 WEST TWAIN AVENUE · SUITE 300 · LAS VEGAS, NEVADA 89135
702-869-8801 · FAX 702-869-2669

**PARTIES**

1. Answering Paragraph 1 of the Complaint, Defendants are without knowledge or information sufficient to form a belief as to the truthfulness of the allegations therein, and on that basis deny said allegations in their entirety.

2. Answering Paragraph 2 of the Complaint, Defendants are without knowledge or information sufficient to form a belief as to the truthfulness of the allegations therein, and on that basis deny said allegations in their entirety.

3. Answering Paragraph 3 of the Complaint, Defendants are without knowledge or information sufficient to form a belief as to the truthfulness of the allegations therein, and on that basis deny said allegations in their entirety.

4. Answering Paragraph 4 of the Complaint, Defendants are without knowledge or information sufficient to form a belief as to the truthfulness of the allegations therein, and on that basis deny said allegations in their entirety.

5. Answering Paragraph 5 of the Complaint Defendants admit to the same.

6. Answering Paragraph 6 of the Complaint Defendants admit that Preston was and is a resident of Louisiana and owned, managed, controlled and operated TF Logistical. As to the allegation that Preston is the “alter ego” of TF Logistical, said allegation constitutes a legal conclusion to which no response is required. To the extent the allegation calls for a response, Defendants are without knowledge or information sufficient to form a belief as to the truthfulness of said allegation, and on that basis deny said allegations in its entirety

7. Answering Paragraph 7 of the Complaint, Defendants are without knowledge or information sufficient to form a belief as to the truthfulness of the allegations therein, and on that basis deny said allegations in their entirety.

BLACK & GRAF
110777 WEST TWAIN AVENUE · SUITE 300 · LAS VEGAS, NEVADA 89135
702-869-8801 · FAX 702-869-2669

## GENERAL ALLEGATIONS

8. Answering Paragraph 8 of the Complaint, Defendants repeat and reallege responses 1-7 as if set forth in full herein.

9. Answering Paragraph 9 of the Complaint, Defendants submit that Paragraph 9 contains a characterization of a document, which is a writing that speaks for itself. To the extent a response is required, Defendants deny any characterization inconsistent with the document.

10. Answering Paragraph 10 of the Complaint, Defendants are without knowledge or information sufficient to form a belief as to the truthfulness of the allegations therein, and on that basis deny said allegations in their entirety.

11. Answering Paragraph 11 of the Complaint, Defendants are without knowledge or information sufficient to form a belief as to the truthfulness of the allegations therein, and on that basis deny said allegations in their entirety.

12. Answering Paragraph 12 of the Complaint, Defendants submit that Paragraph 12 contains a characterization of a document, which is a writing that speaks for itself. To the extent a response is required, Defendants deny any characterization inconsistent with the document. Respondents expressly deny any liability to Clifton Green and/or any party to the referenced proceedings.

13. Answering Paragraph 13 of the Complaint, Defendants are without knowledge or information sufficient to form a belief as to the truthfulness of the allegations therein, and on that basis deny said allegations in their entirety.

14. Answering Paragraph 14 of the Complaint Defendants admit to the same.

15. Answering Paragraph 15 of the Complaint, Defendants are without knowledge or information sufficient to form a belief as to the truthfulness of the allegations therein, and on that basis deny said allegations in their entirety.

16. Answering Paragraph 16 of the Complaint, Defendants submit that Paragraph 16 contains a characterization of a document, which is a writing that speaks for itself. To the extent a response

BLACK & GRAF
110777 WEST TWAIN AVENUE · SUITE 300 · LAS VEGAS, NEVADA 89135
702-869-8801 · FAX 702-869-2669

is required, Defendants deny any characterization inconsistent with the document. Respondents expressly deny any liability to Clifton Green and/or any party to the referenced proceedings.

17. Answering Paragraph 17 of the Complaint Defendants admit to the same.

**THE BLUE HILL INSURANCE POLICY**

18. Answering Paragraph 18 of the Complaint Defendants submit that the allegations set forth therein constitute a legal conclusion to which no response is required. To the extent Paragraph 18 calls for a response, Defendants are without knowledge or information sufficient to form a belief as to the truthfulness of the allegations therein, and on that basis deny said allegations in their entirety.

19. Answering Paragraph 19 of the Complaint Defendants submit that the allegations set forth therein constitute a legal conclusion to which no response is required. To the extent Paragraph 19 calls for a response, Defendants are without knowledge or information sufficient to form a belief as to the truthfulness of the allegations therein, and on that basis deny said allegations in their entirety.

20. Answering Paragraph 20 of the Complaint Defendants submit that the allegations set forth therein constitute a legal conclusion to which no response is required. To the extent Paragraph 20 calls for a response, Defendants are without knowledge or information sufficient to form a belief as to the truthfulness of the allegations therein, and on that basis deny said allegations in their entirety.

**COMMERCIAL AUTO POLICY**

21. Answering Paragraph 21 of the Complaint, Defendants submit that Paragraph 21 contains a characterization of a document, which is a writing that speaks for itself. To the extent a response is required, Defendants deny any characterization inconsistent with the document.

22. Answering Paragraph 22 of the Complaint, Defendants submit that Paragraph 22 contains a characterization of a document, which is a writing that speaks for itself. To the extent a response

BLACK & GRAF
110777 WEST TWAIN AVENUE · SUITE 300 · LAS VEGAS, NEVADA 89135
702-869-8801 · FAX 702-869-2669

is required, Defendants deny any characterization inconsistent with the document.

23. Answering Paragraph 23 of the Complaint, Defendants submit that Paragraph 23 contains a characterization of a document, which is a writing that speaks for itself. To the extent a response is required, Defendants deny any characterization inconsistent with the document.

24. Answering Paragraph 24 of the Complaint, Defendants submit that Paragraph 24 contains a characterization of a document, which is a writing that speaks for itself. To the extent a response is required, Defendants deny any characterization inconsistent with the document.

25. Answering Paragraph 25 of the Complaint, Defendants submit that Paragraph 25 contains a characterization of a document, which is a writing that speaks for itself. To the extent a response is required, Defendants deny any characterization inconsistent with the document.

26. Answering Paragraph 26 of the Complaint, Defendants submit that Paragraph 26 contains a characterization of a document, which is a writing that speaks for itself. To the extent a response is required, Defendants deny any characterization inconsistent with the document. Respondents expressly deny that Clifton Green was their employee, and Respondents further deny any liability to Clifton Green and/or any party to the referenced proceedings.

27. Answering Paragraph 27 of the Complaint Defendants submit that the allegations set forth therein constitute a legal conclusion to which no response is required. To the extent Paragraph 27 calls for a response, Defendants deny said allegations in their entirety.

28. Answering Paragraph 28 of the Complaint Defendants submit that the allegations set forth therein constitute a legal conclusion to which no response is required. To the extent Paragraph 28 calls for a response, Defendants deny said allegations in their entirety.

29. Answering Paragraph 29 of the Complaint Defendants submit that the allegations set forth therein constitute a legal conclusion to which no response is required. To the extent Paragraph 29 calls for a response, Defendants deny said allegations in their entirety.

BLACK & GRAF
110777 WEST TWAIN AVENUE · SUITE 300 · LAS VEGAS, NEVADA 89135
702-869-8801 · FAX 702-869-2669

**CHOICE OF LAW**

30. Answering Paragraph 30 of the Complaint Defendants submit that the allegations set forth therein constitute a legal conclusion to which no response is required. To the extent Paragraph 30 calls for a response, Defendants are without knowledge or information sufficient to form a belief as to the truthfulness of the allegations therein, and on that basis deny said allegations in their entirety.

31. Answering Paragraph 31 of the Complaint Defendants submit that the allegations set forth therein constitute a legal conclusion to which no response is required. To the extent Paragraph 31 calls for a response, Defendants are without knowledge or information sufficient to form a belief as to the truthfulness of the allegations therein, and on that basis deny said allegations in their entirety.

32. Answering Paragraph 32 of the Complaint Defendants submit that the allegations set forth therein constitute a legal conclusion to which no response is required. To the extent Paragraph 32 calls for a response, Defendants are without knowledge or information sufficient to form a belief as to the truthfulness of the allegations therein, and on that basis deny said allegations in their entirety.

33. Answering Paragraph 33 of the Complaint Defendants submit that the allegations set forth therein constitute a legal conclusion to which no response is required. To the extent Paragraph 33 calls for a response, Defendants are without knowledge or information sufficient to form a belief as to the truthfulness of the allegations therein, and on that basis deny said allegations in their entirety.

34. Answering Paragraph 34 of the Complaint Defendants submit that the allegations set forth therein constitute a legal conclusion to which no response is required. To the extent Paragraph 34 calls for a response, Defendants are without knowledge or information sufficient to form a belief as to the truthfulness of the allegations therein, and on that basis deny said allegations in their

BLACK & GRAF
110777 WEST TWAIN AVENUE · SUITE 300 · LAS VEGAS, NEVADA 89135
702-869-8801 · FAX 702-869-2669

entirety.

35. Answering Paragraph 35 of the Complaint Defendants submit that the allegations set forth therein constitute a legal conclusion to which no response is required. To the extent Paragraph 35 calls for a response, Defendants are without knowledge or information sufficient to form a belief as to the truthfulness of the allegations therein, and on that basis deny said allegations in their entirety.

36. Answering Paragraph 36 of the Complaint Defendants submit that the allegations set forth therein constitute a legal conclusion to which no response is required. To the extent Paragraph 36 calls for a response, Defendants deny said allegations in their entirety.

37. Answering Paragraph 37 of the Complaint Defendants submit that the allegations set forth therein constitute a legal conclusion to which no response is required. To the extent Paragraph 37 calls for a response, Defendants are without knowledge or information sufficient to form a belief as to the truthfulness of the allegations therein, and on that basis deny said allegations in their entirety.

38. Answering Paragraph 38 of the Complaint Defendants submit that the allegations set forth therein constitute a legal conclusion to which no response is required. To the extent Paragraph 38 calls for a response, Defendants are without knowledge or information sufficient to form a belief as to the truthfulness of the allegations therein, and on that basis deny said allegations in their entirety.

39. Answering Paragraph 39 of the Complaint, Defendants are without knowledge or information sufficient to form a belief as to the truthfulness of the allegations therein, and on that basis deny said allegations in their entirety.

40. Answering Paragraph 40 of the Complaint, Defendants admit same.

41. Answering Paragraph 41 of the Complaint Defendants submit that the allegations set forth therein constitute a legal conclusion to which no response is required. To the extent Paragraph 41

BLACK & GRAF
110777 WEST TWAIN AVENUE · SUITE 300 · LAS VEGAS, NEVADA 89135
702-869-8801 · FAX 702-869-2669

calls for a response, Defendants are without knowledge or information sufficient to form a belief as to the truthfulness of the allegations therein, and on that basis deny said allegations in their entirety.

42. Answering Paragraph 42 of the Complaint Defendants submit that the allegations set forth therein constitute a legal conclusion to which no response is required. To the extent Paragraph 42 calls for a response, Defendants are without knowledge or information sufficient to form a belief as to the truthfulness of the allegations therein, and on that basis deny said allegations in their entirety.

**ALL ISSUES OF COVERAGE OR LIABILITY UNDER THE POLICY SHOULD BE DETERMINED UNDER LOUISIANA LAW**

43. Answering Paragraph 43 of the Complaint Defendants submit that the allegations set forth therein constitute a legal conclusion to which no response is required. To the extent Paragraph 43 calls for a response, Defendants are without knowledge or information sufficient to form a belief as to the truthfulness of the allegations therein, and on that basis deny said allegations in their entirety.

44. Answering Paragraph 44 of the Complaint Defendants submit that the allegations set forth therein constitute a legal conclusion to which no response is required. To the extent Paragraph 44 calls for a response, Defendants are without knowledge or information sufficient to form a belief as to the truthfulness of the allegations therein, and on that basis deny said allegations in their entirety.

**BLUE HILL COMMERCIAL GENERAL LIABILITY POLICY**

45. Answering Paragraph 45 of the Complaint, Defendants submit that Paragraph 45 contains a characterization of a document, which is a writing that speaks for itself. To the extent a response is required, Defendants deny any characterization inconsistent with the document. To the extent Paragraph 45 calls for a further response, Defendants are without knowledge or information

sufficient to form a belief as to the truthfulness of the allegations therein, and on that basis deny said allegations in their entirety.

46. Answering Paragraph 46 of the Complaint, Defendants submit that Paragraph 46 contains a characterization of a document, which is a writing that speaks for itself. To the extent a response is required, Defendants deny any characterization inconsistent with the document. To the extent Paragraph 46 calls for a further response, Defendants are without knowledge or information sufficient to form a belief as to the truthfulness of the allegations therein, and on that basis deny said allegations in their entirety.

47. Answering Paragraph 47 of the Complaint, Defendants submit that Paragraph 47 contains a characterization of a document, which is a writing that speaks for itself. To the extent a response is required, Defendants submit that the allegations set forth therein constitute a legal conclusion to which no response is required and Defendants deny said allegations in their entirety. Defendants further specifically deny that Green was in the course and scope of employment at the time of the subject incident.

48. Answering Paragraph 48 of the Complaint, Defendants submit that Paragraph 48 contains a characterization of a document, which is a writing that speaks for itself. To the extent a response is required, Defendants submit that the allegations set forth therein constitute a legal conclusion to which no response is required and Defendants deny said allegations in their entirety. Defendants further specifically deny that Green was in the course and scope of employment at the time of the subject incident.

49. Answering Paragraph 49 of the Complaint, Defendants submit that Paragraph 49 contains a characterization of a document, which is a writing that speaks for itself. To the extent a response is required, Defendants submit that the allegations set forth therein constitute a legal conclusion to which no response is required and Defendants deny said allegations in their entirety.

BLACK & GRAF
110777 WEST TWAIN AVENUE · SUITE 300 · LAS VEGAS, NEVADA 89135
702-869-8801 · FAX 702-869-2669

50. Answering Paragraph 50 of the Complaint Defendants are without knowledge or information sufficient to form a belief as to the truthfulness of the allegations therein, and on that basis deny said allegations in their entirety.

51. Answering Paragraph 51 of the Complaint, Defendants deny each and every allegation set forth therein.

52. Answering Paragraph 52 of the Complaint, Defendants submit that Paragraph 52 contains a characterization of a document, which is a writing that speaks for itself. To the extent a response is required, Defendants submit that the allegations set forth therein constitute a legal conclusion to which no response is required and Defendants deny said allegations in their entirety.

53. Answering Paragraph 53 of the Complaint, Defendants deny each and every allegation set forth therein.

**GREEN'S INJURIES DID NOT ARISE FROM THE OPERATION, MAINTENANCE, OR USE OF AN INSURED VEHICLE**

54. Answering Paragraph 54 of the Complaint Defendants submit that the allegations set forth therein constitute a legal conclusion to which no response is required. To the extent Paragraph 54 calls for a response, Defendants are without knowledge or information sufficient to form a belief as to the truthfulness of the allegations therein, and on that basis deny said allegations in their entirety.

55. Answering Paragraph 55 of the Complaint Defendants submit that the allegations set forth therein constitute a legal conclusion to which no response is required. To the extent Paragraph 55 calls for a response, Defendants are without knowledge or information sufficient to form a belief as to the truthfulness of the allegations therein, and on that basis deny said allegations in their entirety.

56. Answering Paragraph 56 of the Complaint, Defendants submit that Paragraph 56 contains a characterization of a document, which is a writing that speaks for itself. To the extent a response

BLACK & GRAF
110777 WEST TWAIN AVENUE · SUITE 300 · LAS VEGAS, NEVADA 89135
702-869-8801 · FAX 702-869-2669

BLACK & GRAF
110777 WEST TWAIN AVENUE · SUITE 300 · LAS VEGAS, NEVADA 89135
702-869-8801 · FAX 702-869-2669

is required, Defendants deny any characterization inconsistent with the document. To the extent Paragraph 56 calls for a further response, Defendants are without knowledge or information sufficient to form a belief as to the truthfulness of the allegations therein, and on that basis deny said allegations in their entirety.

57. Answering Paragraph 57 of the Complaint, Defendants are without knowledge or information sufficient to form a belief as to the truthfulness of the allegations therein, and on that basis deny said allegations in their entirety.

58. Answering Paragraph 58 of the Complaint, Defendants are without knowledge or information sufficient to form a belief as to the truthfulness of the allegations therein, and on that basis deny said allegations in their entirety.

59. Answering Paragraph 59 of the Complaint, Defendants submit that Paragraph 59 contains a characterization of a document, which is a writing that speaks for itself. To the extent a response is required, Defendants deny any characterization inconsistent with the document. To the extent Paragraph 59 calls for a further response, Defendants are without knowledge or information sufficient to form a belief as to the truthfulness of the allegations therein, and on that basis deny said allegations in their entirety.

60. Answering Paragraph 60 of the Complaint, Defendants submit that Paragraph 60 contains a characterization of a document, which is a writing that speaks for itself. To the extent a response is required, Defendants deny any characterization inconsistent with the document. To the extent Paragraph 60 calls for a further response, Defendants are without knowledge or information sufficient to form a belief as to the truthfulness of the allegations therein, and on that basis deny said allegations in their entirety.

61. Answering Paragraph 61 of the Complaint, Defendants submit that Paragraph 61 contains a characterization of a document, which is a writing that speaks for itself. To the extent a response is required, Defendants deny any characterization inconsistent with the document. To the extent

BLACK & GRAF
110777 WEST TWAIN AVENUE · SUITE 300 · LAS VEGAS, NEVADA 89135
702-869-8801 · FAX 702-869-2669

Paragraph 61 calls for a further response, Defendants are without knowledge or information sufficient to form a belief as to the truthfulness of the allegations therein, and on that basis deny said allegations in their entirety.

62. Answering Paragraph 62 of the Complaint, Defendants submit that Paragraph 62 contains a characterization of a document, which is a writing that speaks for itself. To the extent a response is required, Defendants deny any characterization inconsistent with the document. To the extent Paragraph 62 calls for a further response, Defendants are without knowledge or information sufficient to form a belief as to the truthfulness of the allegations therein, and on that basis deny said allegations in their entirety.

**FIRST CLAIM FOR RELIEF**

**(Declaratory Relief)**

63. Answering Paragraph 63 of the Complaint, Defendants repeat and reallege responses 1-62 as if set forth in full herein.

64. Answering Paragraph 64 of the Complaint Defendants submit that the allegations set forth therein constitute a legal conclusion to which no response is required. To the extent Paragraph 64 calls for a response, Defendants are without knowledge or information sufficient to form a belief as to the truthfulness of the allegations therein, and on that basis deny said allegations in their entirety.

65. Answering Paragraph 65 of the Complaint Defendants submit that the allegations set forth therein constitute a legal conclusion to which no response is required. To the extent Paragraph 65 calls for a response, Defendants are without knowledge or information sufficient to form a belief as to the truthfulness of the allegations therein, and on that basis deny said allegations in their entirety.

66. Answering Paragraph 66 of the Complaint Defendants submit that the allegations set forth therein constitute a legal conclusion to which no response is required. To the extent Paragraph 66

BLACK & GRAF
110777 WEST TWAIN AVENUE · SUITE 300 · LAS VEGAS, NEVADA 89135
702-869-8801 · FAX 702-869-2669

calls for a response, Defendants are without knowledge or information sufficient to form a belief as to the truthfulness of the allegations therein, and on that basis deny said allegations in their entirety.

67. Answering Paragraph 67 of the Complaint Defendants submit that the allegations set forth therein constitute a legal conclusion to which no response is required. To the extent Paragraph 67 calls for a response, Defendants deny each and every allegation set forth therein in their entirety.

**AFFIRMATIVE DEFENSES**

Defendants assert the following affirmative defenses without assuming any burden of pleading or proof that would otherwise rest on Plaintiff. Defendants may assert additional affirmative defenses to which they may be entitled, or which may be developed during discovery.

**FIRST AFFIRMATIVE DEFENSE**

Plaintiff is charged with knowledge of the contents of its policy. Plaintiff had knowledge of facts indicating noncoverage, assumed or continued the insured's defense in the underlying matter without obtaining a nonwaiver agreement or undertaking proper steps to preserve coverage defenses. Accordingly, Plaintiff has waived and/or is equitably estopped from raising policy exclusions in the declaratory judgment action.

**SECOND AFFIRMATIVE DEFENSE**

Plaintiff has engaged in conduct inconsistent with enforcing its coverage defenses. To wit, it has either misled the Respondents or engaged in such other conduct which manifested an actual intention to relinquish the right or conduct so inconsistent with enforcing the right as to induce a reasonable belief it has been relinquished, resulting in prejudice to the Respondents. Accordingly, Plaintiff has waived and/or is equitably estopped from raising any policy exclusions in this declaratory judgment action.

**THIRD AFFIRMATIVE DEFENSE**

Plaintiff failed to deliver its policy to the Plaintiff upon issuance and is therefore barred from raising any policy exclusions.

**FOURTH AFFIRMATIVE DEFENSE**

(Failure to Mitigate)

Plaintiff failed to take proper and reasonable steps to avoid, minimize, or mitigate its alleged damages and, to the extent of such failure, the damages allegedly incurred by Plaintiff, if any, should be reduced accordingly or eliminated entirely.

**FIFTH AFFIRMATIVE DEFENSE**

(Mistake)

Plaintiff's claims are barred by the existence of mutual mistake as to the essential terms of the contract.

**SIXTH AFFIRMATIVE DEFENSE**

(Estoppel)

Plaintiff's claims are barred by the doctrine of estoppel such that Defendants reasonably relied on earlier statements that Plaintiff made.

**SEVENTH AFFIRMATIVE DEFENSE**

(Statute of Limitations)

Plaintiff's claims are barred by the applicable statute of limitations.

**EIGHTH AFFIRMATIVE DEFENSE**

(Laches)

Plaintiff's claims are barred by the doctrine of laches because Plaintiff waited too long to file this suit, making it difficult or impossible for Defendants to defend the case.

BLACK & GRAF
110777 WEST TWAIN AVENUE · SUITE 300 · LAS VEGAS, NEVADA 89135
702-869-8801 · FAX 702-869-2669

BLACK & GRAF
110777 WEST TWAIN AVENUE · SUITE 300 · LAS VEGAS, NEVADA 89135
702-869-8801 · FAX 702-869-2669

**NINTH AFFIRMATIVE DEFENSE**

(Failure to State a Claim)

Plaintiff's Complaint and each and every claim contained therein fails to state facts to state a claim upon which relief may be granted.

**TENTH AFFIRMATIVE DEFENSE**

(Bad Faith/Unclean Hands)

Plaintiff and its agents, if any, acted in bad faith and with unclean hands based on all relevant facts, law, and circumstances known by them. Accordingly, Plaintiff is barred, in whole or in part, from any recovery in this action.

**ELEVENTH AFFIRMATIVE DEFENSE**

(Third-Party Acts)

Any alleged injury or damage sustained by Plaintiff were caused, in whole or in part, by the conduct of third parties (1) who were not acting as Defendants' agents, and/or (2) was not ratified by Defendants. Moreover, there is no vicarious liability as to Defendants.

**TWELVTH AFFIRMATIVE DEFENSE**

(Unknown Defenses)

Defendants presently have insufficient knowledge or information on which to form a belief as to whether they may have additional as yet unstated defenses available. Defendants reserve herein the right to assert additional defenses in the event discovery indicates that they would be appropriate.

/ / /

/ / /

/ / /

/ / /

BLACK & GRAF
110777 WEST TWAIN AVENUE · SUITE 300 · LAS VEGAS, NEVADA 89135
702-869-8801 · FAX 702-869-2669

**WHEREFORE,** after due proceedings are had, Defendants TF LOGISTICAL OPERATIONS, LLC and BLAIZE PRESTON pray that declaratory judgment be granted in their favor holding that coverage under the policy of insurance issued to them by Plaintiff BLUE HILL SPECIALTY INSURANCE COMPANY, and all other legal, equitable and declaratory relief that this court deems expedient and appropriate to grant.

Dated this 7th day of October 2026.

**BLACK & GRAF**

*/s/Robert K. Sparks*
ROBERT K. SPARKS, ESQ.
Nevada Bar No. 4557
RUSTY GRAF, ESQ.
Nevada Bar No. 6322
10777 W. Twain Ave., Suite 300
Las Vegas, NV 89135

BLACK & GRAF
110777 WEST TWAIN AVENUE · SUITE 300 · LAS VEGAS, NEVADA 89135
702-869-8801 · FAX 702-869-2669

## CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I certify that I am an employee of BLACK & GRAF, that I am over the age of 18 and not a party to the above-referenced matter, and that on the date below I filed and served the **DEFENDANTS TF LOGISTICAL OPERATIONS, LLC AND BLAIZE PRESTION'S ANSWER TO COMPLAINT FOR DELCARATORY RELIEF** on the parties in this matter by the method(s) indicated below:

| | |
|---|---|
| ■ | **BY NOTICE OF ELECTRONIC FILING**: through Electronic Case Filing System of the United States District Court, District of Nevada, to the individuals and/or entities at their email addresses as set forth below:<br><br>KEATING LAW GROUP<br>John T. Keating, Esq.<br>Nevada Bar No. 6373<br>9130 W. Russell Road, Ste. 200<br>Las Vegas, NV 89148<br>E: jkeating@keatinglg.com<br>*Attorney for Plaintiff*<br><br>CARVALHO & ASSOCIATES<br>Daniel E. Carvalho, Esq.<br>Nevada Bar No. 5600<br>Maria Loventime U. Estanlislao, Esq.<br>Nevada Bar No. 8059<br>700 S. Third Street<br>Las Vegas, NV 89101<br>E: dcarvalho@carvalhoattorney.com<br>*Attorneys for Defendant Clifton Green* |
| | **BY HAND DELIVERY VIA COURIER OR BY ELECTRONIC MAIL (EMAIL)**: by causing hand delivery of the Document listed above via Electronic mail to the persons at the addresses set forth below: |
| | **BY MAIL**: by placing the Document listed above in a sealed envelope with postage thereon fully prepaid in the United States Mail at Reno, Nevada, and addressed as set forth below. I am readily familiar with my office's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on ______ with postage thereon fully prepaid in the ordinary course of business. |

*/s/ Natasha Kiernan*
An Employee of Black & Graf